FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2021

No. 04-21-00165-CV

**IN THE INTEREST OF X.S., X.S., AND X.S., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI15931
Honorable Laura Salinas, Judge Presiding

## O R D E R

Court reporter Debra Jimenez has filed the record of the merits hearing in this case. We therefore reinstate this appeal on the docket of the court and withdraw our June 8, 2021 order requiring the trial court to conduct a hearing.

We order Geraldine Pinesette's appellant's brief due July 12, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court